

The Woolworth Building
233 Broadway, Suite 2340
New York, New York 10279
TEL 212.571.0700
FAX 212.233.3801
www.serrinsfisher.com

Writer's direct dial: (212) 571-0700 ex. 119
Writer's email: michael@serrinsfisher.com

July 25, 2014

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Camero v. Three Kids Baking, Inc. et. al.<br>Case No.: 13 Civ. 7940 (JGK)

Dear Judge Koeltl:

      This firm represents Plaintiffs in the above-captioned matter. Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to move for a default judgment from July 25, 2014 until July 29, 2014. This is the fourth request of this kind, and there is no prejudice to the Defendants who have defaulted. This short extension request will be Plaintiffs' last request.

      Although Plaintiffs are aware that the Court has stated that no further extensions will be granted, Plaintiffs respectfully requests this short extension because I have been in depositions and mediations all day the past two days, both of which unexpectedly finished well after the close of business hours. I also will be taking another deposition today that I expect to last until at least 5:00 p.m. Accordingly, I have been unable to finalize Plaintiffs' motion for a default judgment. Accordingly, Plaintiffs respectfully request until July 29, 2014 to file a motion for default judgment.

      Thank you for your attention to the above.

Respectfully Submitted,<br><br>------------------------/s/-------------<br>Michael Taubenfeld (MT-4640)