UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/20/16

---

MARISOL CAMERO, ET AL.,

        Plaintiffs,

- against -

THREE KIDS BAKING, INC. ET AL,

        Defendants.

13-cv-07940 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received the Report and Recommendation of Magistrate Judge Netburn dated March 1, 2016. See ECF Docket No. 75. No objections have been filed, and the time for filing objections has passed. The Court therefore adopts the Report and Recommendation.

Also, Plaintiff Amilso Casco has not indicated that he wishes to continue this case, as directed by the Magistrate Judge. Therefore, his case should also be dismissed without prejudice for failure to prosecute.

In sum, the motion of the plaintiffs' attorneys to withdraw from representing plaintiff Amilso Casco is **GRANTED**. The claims of all plaintiffs are **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to enter judgment dismissing this case without prejudice and closing this case. The Clerk is also directed to close all pending motions.

**SO ORDERED.**

Dated:   New York, New York
         June 17, 2016

_____
John G. Koeltl
**United States District Judge**